**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GILBERT DURAN, | ) | No. CV 08-3029-R(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DARRYL ADAMS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: Jan. 3, 2012

MANUEL L. REAL
United States District Judge